IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT MONORA, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 3:15cv720-MHT |
| | ) | (WO) |
| CAPT. WHITEHEAD – | ) | |
| Administrator/Director | ) | |
| Superintendent of the | ) | |
| Macon County Detention | ) | |
| Facility, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining about the conditions of confinement he experienced and an injury he suffered during a previous incarceration at the Macon County Detention Facility. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the motion to dismiss, which was filed by the two of the three defendants, be granted on the basis of plaintiff's failure to exhaust

administrative remedies, and that the entire case be dismissed with prejudice and with no costs taxed. Plaintiff has not objected to the recommendation for dismissal on exhaustion grounds, or for dismissal of all three defendants.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted and the entire case dismissed.

    An appropriate judgment will be entered.

    DONE, this the 20th day of June, 2016.

                          /s/ Myron H. Thompson  
                         **UNITED STATES DISTRICT JUDGE**