IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
ROBERT MONORA,                )
                              )
    Plaintiff,                )
                              )
                              )     CIVIL ACTION NO.
    v.                        )       3:15cv720-MHT
                              )           (WO)
CAPT. WHITEHEAD –             )
Administrator/Director        )
Superintendent of the         )
Macon County Detention        )
Facility, et al.,             )
                              )
    Defendants.               )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 35) is adopted.

(2) The motion to dismiss (doc. no. 29) is granted due to the plaintiff's failure to properly exhaust an administrative remedy available to him at the Macon

County Detention Facility prior to initiating this cause of action.

(3) This lawsuit is dismissed in its entirety with prejudice, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 20th day of June, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE